Ernest ROSS, individually and as representative of a bondholder class, Plaintiff–Appellee,

v.

BANK SOUTH, N.A., et al., Defendants, Alston & Bird, et al., Defendants–Appellants.

George MILLER, individually, and as a representative of a class of bondholders described in the complaint, Plaintiff–Appellee,

v.

Arthur M. RICE, Jr., Defendant,

William V. Weldon, et al., Defendants–Appellants.

Ernest ROSS, individually and as representative of a bondholder class, Plaintiff–Appellant,

v.

BANK SOUTH, N.A., et al., Defendants–Appellees.

George MILLER, individually, and as a representative of a class of bondholders described in the complaint, Plaintiff–Appellant,

v.

Arthur M. RICE, Jr., et al., Defendants–Appellees.

Ernest ROSS, individually and as representative of a bondholder class, Plaintiff–Appellant,

v.

BANK SOUTH, N.A., et al., Defendants–Appellees.

George MILLER, individually and as representative of a bondholder class, Plaintiff–Appellant,

v.

Arthur M. RICE, Jr., et al., Defendants–Appellees.

Nos. 86–7350, 86–7352 and 86–7790.

United States Court of Appeals, Eleventh Circuit.

June 10, 1988.

William J. Cobb, Kocher, Wilson, Korschun & Cobb, H. Marshall Korschun, Atlanta, Ga., for Jack Hereth.

William H. Mills, Redden, Mills & Clark, L. Drew Redden, Birmingham, Ala., for Weldon, Rogers, Blanton, Lee & Moffett.

Herbert P. Schlanger, Atlanta, Ga., for Alan O. Jones.

Robert Wyeth Lee, Jr. Wininger & Lee, Birmingham, Ala., for R. Davidson.

Kirk M. McAlpin, Jr., Peterson, Young, Self & Asselin, Atlanta, Ga., for Peter Orr & Robinson–Hall.

Michael L. Edwards, Balch & Bingham, C. William Gladden, Birmingham, Ala., for Laventhol & Horwatch.

James W. Gewin, Bradley, Arant, Rose & White, Jay St. Clair, Birmingham, Ala., for Alston & Bird, et al.

Lange, Simpson, Robinson & Somerville, John E. Grenier, Charles C. Pinckney, Sally S. Reilly, Birmingham, Ala., for Arthur Rice.

Stephen E. Hudson, Kilpatrick & Cody, Debbie W. Harden, Thomas H. Christopher, Jerre B. Swan, Atlanta, Ga., for Bank South.

Charles Cleveland, Cleveland & Cleveland, Robert Wiggins, Gordon, Silberman, Wiggins & Childs, Birmingham, Ala., R. Alan Stotsenburg, David C. Harrison, New York City, for Ross & Miller.

Robert Dean Pope, President, National Ass'n of Bond Lawyers, Richmond, Va., Robert E. Hicks, Hicks, Maloof & Campbell, Atlanta, Ga., amicus curiae.

ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING IN BANC

(Opinion February 17, 1988, 11th Cir., 1988, 837 F.2d 980)

Before RONEY, Chief Judge, TJOFLAT, HILL, FAY, VANCE,

KRAVITCH, JOHNSON, HATCHETT, CLARK and COX, Circuit Judges *.

BY THE COURT:

A member of this court in active service having requested a poll on the application for rehearing in banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing in banc,

IT IS ORDERED that the above causes shall be reheard by this court in banc *with* oral argument during the week of October 17, 1988, on a date hereafter to be fixed. The clerk will specify a briefing schedule for the filing of in banc briefs. The previous panel's opinion is hereby VACATED.